UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLEVER S.R.L., an Italian limited )
liability company, )
 )
    Plaintiff, )
 )
v. ) CASE NO.
 )
TTC PERFORMANCE PRODUCTS, )
INC., a Florida corporation, d/b/a )
BLACK ACES TACTICAL, )
 )
    Defendant. )
_____)

## COMPLAINT

The Plaintiff, CLEVER S.R.L., by and through undersigned counsel, hereby sues the Defendant, TTC PERFORMANCE PRODUCTS, INC. d/b/a BLACK ACES TACTICAL, and further alleges as follows:

### Parties, Jurisdiction & Venue

1. The Plaintiff, Clever S.R.L. ("Clever"), is an Italian limited liability company, which maintains its principal place of business in Verona, Italy.

2. The Defendant, TTC Performance Products, Inc., is a Florida corporation, doing business under the registered fictitious name of Black Aces Tactical ("Black Aces"), and has its principal place of business in Longwood, Seminole County, Florida.

3. This Court has jurisdiction over the parties and the case pursuant to 28 U.S.C. § 1332, in that the Plaintiff is a citizen of a foreign state, i.e. Italy, and the Defendant is a

1

citizen of the State of Florida. Furthermore, this civil action is for compensatory damages that exceed $75,000.00, exclusive of interest, attorney's fees and taxable costs.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 in that the Defendant maintains its principal place of business in Seminole County, Florida and a substantial part of the events and/or omissions giving rise to the claims stated herein, occurred in Seminole County, Florida.

5. All conditions precedent to this filing of this action have occurred, been satisfied, or waived.

## General Allegations

6. Clever is an ammunitions manufacturer that supplies ammunition to wholesalers and distributors around the world. Clever creates custom cartridges, specific to each of its customers.

7. Clever has been in business for over 60 years and produces high quality buck shot and slugs, which have been used by Olympic athletes who won gold, silver and bronze medals.

8. Black Aces is a distributor of firearms and ammunition to over 100 different dealers throughout the United States.

9. On or about January 18, 2021, Black Aces and Clever entered into an agreement for the purchase and sale of buckshot and slugs, to occur over the period of one (1) year (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit "A."

10. Pursuant to the Agreement, Black Aces was to purchase a minimum quantity of 100,000 cases of buckshot and 25,000 cases of slugs during the contract period. Each case was to consist of 10 boxes of ammunition, with each box containing 25 shells.

11. Subsequent to the execution of the Agreement, Black Aces issued purchase orders to Clever, identifying the quantity and specifications of the ammunition it was going to purchase, on a monthly basis (the "Purchase Orders"). A copy of the Purchase Orders are attached hereto as Exhibit "B."

12. The Purchase Orders identified the price per case for the buckshot and slugs, as well as the custom packaging and logos for the ammunition and boxes.

13. According to the Purchase Orders, Black Aces requested Clever to produce 15,000 cases of buckshot per month, at $78.00 per case, as well as 3,750 cases of slugs, at $103.10 per case.

14. Black Aces agreed to purchase $1,556,625.00 (USD) in ammunition, on a monthly basis, during the contract period.

15. Rather than sending all of the ammunition in one large shipment per month, Black Aces requested that it be shipped on a weekly basis, that resulted in the shipment of approximately 8 to 10 containers per month.

16. According to the Agreement, Black Aces would pay a deposit of twenty percent (20%) of the value of each container prior to assembly and would pay the balance of eighty percent (80%) in order for Clever to release the shipment.

17. Pursuant to Purchase Order 1041T, Clever manufactured the requested amount of custom made and packaged buckshot and slugs for Black Aces.

18. The total price for the goods under Purchase Order 1041T was $1,601,625.00, which included adjustments for quantity, cost of raw materials, and/or shipping.

19. The goods were prepared for shipment in ten (10) separate containers. Seven (7) of the containers were paid for, and were shipped to Black Aces.

20. Of the remaining three (3) containers that were loaded, Black Aces only paid the deposit of twenty percent (20%).

21. The remaining balance owed on the remaining three containers of ammunition, which are loaded and ready to be shipped, is $541,100.00.

21. Despite repeated demands, Black Aces has failed and/or refused to pay balance of $541,100.00 for the three containers that are at the port waiting to be shipped.

22. Additionally, at the request of Black Aces pursuant to the Purchase Orders, Clever has purchased the custom raw material for Purchase Order 1042T, which consists of ten (10) containers' worth of ammunition.

23. Black Aces has indicated that it will refuse any further shipments of ammunition from Clever and will not perform on its purchase orders.

24. The raw materials purchased by Clever in order to fulfill Purchase Order 1042T are unique to Black Aces and cannot be used to manufacture ammunition for any other customers.

25. Per the request of Black Aces, each buckshot and slug contain the logo, lettering and coloring of Black Aces, and the packaging is also branded with the Black Aces logo and other information.

26. Clever relied on the Purchase Orders in purchasing custom raw materials specific to the manufacture of ammunition for Black Aces.

27. Black Aces has refused to accept or pay for any further shipments from Clever.

## COUNT I – BREACH OF CONTRACT

28. The Plaintiff hereby incorporates each and every allegation contained in Paragraphs 1 through 27 above, as if fully set forth herein.

29. Clever and Black Aces entered into a written agreement for the purchase and sale of custom-made ammunition on or about January 18, 2021. The Agreement was previously attached as Exhibit "A."

30. Pursuant to the Agreement, Black Aces issued the Purchase Orders to Clever for the manufacture of custom ammunition and packaging bearing the logo, lettering and colors of Black Aces.

31. Clever manufactured all of the buckshot, slugs and packaging ordered by Black Aces pursuant to Purchase Order 1041T.

32. The goods being manufactured and delivered under Purchase Order 1041T were separated into ten (10) containers over the period of approximately one month.

33. Black Aces accepted and paid for seven (7) out of the ten (10) containers of ammunition under Purchase Order 1041T.

34. After crediting the deposits and payments of Black Aces towards the total amount due of $1,601,625.00, there is a remaining balance of $541,100.00 under Purchase Order 1041T.

35. Additionally, Clever has purchased the custom raw material to fulfill Purchase Order 1042T, which is an additional ten (10) containers of ammunition.

36. Due to the custom nature of the raw materials, Clever is unable to sell the goods to any other customers.

37. The value of the ammunition under Purchase Order 1042T is $1,601,625.00.

38. Clever has made repeated demands upon Black Aces to tender payment for all amounts due under the Agreement and Purchase Orders.

39. Black Aces has failed and/or refused to pay for the sums due to Clever.

40. As a direct and proximate result of the breach of the Agreement by Black Aces, Clever has suffered damages in the amount of $2,142,725.00, exclusive of contractual penalties, attorney's fees and costs.

41. Pursuant to Article 2 of the Agreement, any breach thereof by Black Aces shall result in an additional penalty of $450,000.00, plus liability for attorney's fees and costs incurred by Clever in collecting those amounts.

WHEREFORE, the Plaintiff, CLEVER S.R.L., demands judgment against the Defendant, TTC PERFORMANCE PRODUCTS, INC., for compensatory damages in the amount of $2,592,725.00, plus reasonable attorney's fees and costs, and for any such further relief that this Court deems just and proper.

## COUNT II – PROMISSORY ESTOPPEL

42. The Plaintiff hereby incorporates each and every allegation contained in Paragraphs 1 through 27 above, as if fully set forth herein.

43. Black Aces made a clear and unambiguous promise to purchase custom ammunition from Clever in a minimum quantity of 100,000 cases of buckshot and 25,000 cases of slugs during the period of January 18, 2021 through January 2022.

44. Black Aces issued the Purchase Orders to Clever, demonstrating their promise and intention to purchase such ammunition.

45. Moreover, the Purchase Orders demonstrate that the ammunition and packaging, to be manufactured by Clever, were custom, to wit: containing the logo, lettering and coloring of the Black Aces brand.

46. Clever acted in reliance on Black Aces' promise to purchase ammunition, in that it ordered raw materials containing the Black Aces logo, lettering and coloring.

47. Clever also acted in reliance on Black Aces' promise to purchase ammunition by manufacturing the buckshot, slugs and packaging that were ordered by Black Aces in their Purchase Orders.

48. Clever's reliance on the promises of Black Aces was both reasonable and foreseeable, in that Black Aces had performed under the Agreement and Purchase Orders from March 2021 through July 2021 by paying for and accepting shipments of ammunition from Clever.

49. Clever has suffered damages as a result of its reliance on the promises of Black Aces.

50. Black Aces has failed and/or refused to pay for three (3) containers of custom made ammunition, which were manufactured pursuant to Purchase Order 1041T, that are

waiting in a port to be shipped. The balance due to Clever for these three (3) containers is $541,100.00.

51. Clever also purchased all of the custom raw material to manufacture the ten (10) containers of ammunition under Purchase Order 1042T, the value of which is $1,601,625.00.

52. Black Aces has failed and/or refused to pay Clever for the ammunition and raw materials that were purchased and manufactured by Clever.

WHEREFORE, the Plaintiff, CLEVER S.R.L., demands judgment against the Defendant, TTC PERFORMANCE PRODUCTS, INC., for compensatory damages in the amount of $2,142,725.00, and for any such further relief that this Court deems just and proper.

Dated this 17th day of September, 2021.

*/s/ Aldo G. Bartolone, Jr.*
ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
1030 N. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: 407-294-4440
Facsimile: 407-287-5544
E-mail: aldo@bartolonelaw.com
Attorney for Clever S.R.L.